UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Tiana Bennett
                                   Plaintiff,
v.                                                  Case No.: 1:16−cv−00501
                                                    Honorable Rebecca R. Pallmeyer
Kirkpatrick Management Co Inc
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 5, 2016:

  MINUTE entry before the Honorable Sheila M. Finnegan: Settlement conference held on 5/05/2016. Parties reached a binding settlement agreement. The parties summarized the confidential settlement terms on the record. The transcript of this proceeding is ordered to be placed under seal until further order of the court. Parties executed a consent form to submit to this Court's jurisdiction. The parties are to promptly prepare and exchange settlement documents. Telephonic status hearing set for 7/12/2016 at 11:00 a.m. To join the telephone status hearing, dial (877) 336−1831. Access code is 5995354. The status hearing will be cancelled if a stipulation to dismiss is filed prior to the hearing.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.