## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Tiana Bennett
                          Plaintiff,

v.                                          Case No.: 1:16−cv−00501
                                                    Honorable Sheila M. Finnegan

Kirkpatrick Management Co Inc
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 14, 2016:

       MINUTE entry before the Honorable Sheila M. Finnegan: Pursuant to the parties' stipulation to dismiss [25], this case is dismissed with prejudice and with each party bearing its own costs and attorneys fees, all matters in controversy having been resolved. Civil case terminated. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.